UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANDRES AVELINO LOPEZ MENDEZ,
                Plaintiff,

-v-

ANDREW M. SAUL,
Commissioner of Social Security,
                Defendant.
------------------------------------------------------------X

20 CIVIL 7964 (AT)(DCF)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated February 24, 2021, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
           February 24, 2021

                                              **RUBY J. KRAJICK**

                                              **Clerk of Court**
                    **BY:**
                                              *KMango*
                                              **Deputy Clerk**